UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DON KENNEDY MAJORS,<br><br>        Plaintiff,<br><br>     v.<br><br>THOMAS K. COLLINS, et al.,<br><br>        Defendants. | No. CV-06-074-FVS<br><br>ORDER DISMISSING COMPLAINT WITHOUT PREJUDICE |

**THE COURT** having given Don Majors until June 15, 2007, to file an amended complaint that satisfies the requirements set forth in the Court's order of February 7, 2007; and Mr. Majors having failed to do so; Now, therefore

**IT IS HEREBY ORDERED:**

Mr. Majors' complaint is dismissed without prejudice.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this order, furnish a copy to Mr. Majors, and close the case.

**DATED** this ___27th___ day of June, 2007.

                                   s/ Fred Van Sickle
                                      Fred Van Sickle
                            United States District Judge

ORDER - 1